UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stanley Hardee

_____

Write the full name of each plaintiff.

No. _____

(To be filled out by Clerk's Office)

-against-

Correctional Officer
J. Thomas, Superintendent
Correctional Officer John
Doe #(1) Correctional Officer John Doe #(2)

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

RECEIVED
AUG 30 2023
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.  LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: _____

## II.  PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| First Name | Middle Initial | Last Name |
|---|---|---|
| Stanley | M | Hardee |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

**13A0433**

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

**Clinton, C.F. Box 2001**

Institutional Address

**Dannemora, New York 12929**

County, City          State          Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: OFFicer J, ~~XXX~~ Thomas

First Name / Last Name / Shield #

CoRRectional OFFiceR (7 AM / 3 pm)

Current Job Title (or other identifying information)

EAstern, C.F. BoX

Current Work Address

NApanoch New York

County, City / State / Zip Code

Defendant 2: SupeRintendent (LyNN Lilley (7AM/3pm)

First Name / Last Name / Shield #

EAstern, C.F. Box 338

Current Job Title (or other identifying information)

NApanoch, New York 12458

Current Work Address

County, City / State / Zip Code

Defendant 3: John Doe #(1) (7 AM / 3 pm)

First Name / Last Name / Shield #

CoRRectional OFFiceR

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 4: John Doe #(1) (7AM/3pm)

First Name / Last Name / Shield #

CoRRectional OFFiceR

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Eastern, C, F,_

Date(s) of occurrence: _11/4/2022_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_C. S ee ENClosed PAPers_



**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**VI.  RELIEF**

State briefly what money damages or other relief you want the court to order.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8/22/23 | Stanley Hardel |
| Dated | Plaintiff's Signature |
| STANLEY | M | Hardele |
| First Name | Middle Initial | Last Name |

Clinton, C.F. Box 2001
Prison Address

Dannemora, New York 12929
County, City / State / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:  8|23|2023



RECEIVED
AUG 30 2023
U.S.D.C.
W.P.

United States District Court:
Southern District of New York:
MR. Stanley Hardee, Plaintiff, Pro-Se,
— Against —
Officer J. Thomas, John Doe, 7AM-to-3PM,
Seagant John Doe 7AM-to-3PM, Officer John Doe Etc.
U.S.C. 1983 Civil Rights Complaint:
Please Take Notice Under Basic Procedures
Under Federal Rules of Civil Procedure.
Plaintiff Complaint is Being made Formally
Against Each Defendant, Plaintiff Request
A Reply within 90-Days And Request
Serves By U.S. Marshall Each Defendant
Below shall Be Fully Served:
1) Correctional Officer J. Thomas, Eastern C.F.
7AM-to-3PM Tour-Shift.
2) Seagant John Doe, Eastern C.F.
7AM-to-3PM tour-Shift.
3) Correctional Officer, Joh Doe, Eastern C.F. 7AM-to-3PM-Shift.
Each Listed Defendant shall Be Served upon Order, Plaintiff
is Entitled to Response,
Enclosed is Poor-Person-Request, Please All Plaintiff to Proceed
I.F.P Status:
Dated: 8/22/23
C.C, File
TO: Attorney General          13A0433
TO: Clerk of Court

Very Truly
Stanley Hardee

Sworn to before me the 22nd
Day of August, 2023
Notary Public

Mark J Wilson
Notary Public, State of New York
No. 01WI6354425
Qualified in Clinton County
Commission Expires 02/06/2025

2)

United States District Court:
Southern District of New York;
42 U.S.C. 1983 Action, Jury Trial Demand:
Mr. Stanley Hardee, Plaintiff, Pro-Se.
— Against —
Officer J. Thomas, Etc. Al.
Please Take Notice Each Defendant is Being Sued under
Individual And Offical Capacity;
This U.S.C. 1983 Action is Being Brough Under Eight-Amendment-
-And-Fourteenth Amendment:
U.S. Constitution Violation Be Acts And Ommission And Events
That Took Place in County of Sullivan, New York At:
Eastern C.F. At 10:30 Am on Nov 4th, 2022
This Court has Jurisdiction over Actions
Plaintiff Seeks Money Damages To Redress And Remedy
This Deprivations of his Constitutional Rights Plaintiff is
A Citzen of United States.
Each Defendant is Individually Responsible For Failure to
uphold the law And Step outside there Employment scope.
42 U.S.C. 1983 Action shall be Fully Authorized As Relief
Against Each Defendant Under Color of law And under
Constitution. Each Defendant Intentionally Harmed And
Attacked Plaintiff on Nov 4th, 2022 At Eastern C.F:

3)

# Eighth-Amendment Claim:

U.S.C. 1983 Complaint Under Eighth-Amendment Violation, on Nov 4th, 2022 At 10:30 Am At Eastern C.F. Officer J. Thomas, Seagant John Does, And others Defendants while Inside Eastern Yard Slammed, Harm, And Attacked Plaintiff. Serious Amounts of Excessive-Force Against Plaintiff By Each Defendant was Imposed Such As:

A) O.C. Pepper Spray
B) Dragging Face Into Pavement
C) Deprived Adequate Medical Supervision After (7-Stitches-in Total)(2-Stitches to Right-Eye-Brow - And-5-Stitches) to the Right-side of Nose. Each Individual D.O.C.S. Employee violated Plaintiff Rights, All Grievance Procedure under D.O.C.S. Directive 4040 was Filed And Served with Regards to Nov 4Th, 2022) Assault -And- Battery Imposed. Each Defendant Imposed Acts of (Cruel - And-Unusual Punishment And Negligenle, to Exposed Plaintiff to Excessive-Force And Danger, on Nov 4th 2022 Plaintiff was Rushed to Emergency Medical After lying Unconscious For over 20- Minutes without Reasonable care to violated Plaintiffs Eighth-Amendment Rights, Each Defendant is Responsible For Safe keeping of Plaintiff At All times Relevant Each listed Defendant violated there Duty As D.O.C.S. Officals And Failed to Protect Plaintiff From Harm -And- Assault on Nov 4Th, 2022 Plaintiff was Deprived Adequate Medical care After Multiple Request to be seen By Heath Care Doctor.

4).

D.O.C.S. Employees, seagant, D.S.P. And Medical Department Did Not provide At All Proper Adequate Medical Care to PlAintiff. Each Defendant has A statutory Responsbily to uphold the law And Constitution. Sick-Call Slips were Ingnored on Nov 4th, 2022 After Assault And Physical Harm took Place 7-Stitches wAs Recieved And PLAintiff was subjected to Abuse And Injures sustained By Each listed Defendant. Each Defendant Caused PlAintiff to suffer Emotional-And-Psychological TRAuma, Injuries to Body And Head, After Pleas And Begging For help on Nov 4th, 2022 No-Direct Supervisor-or-Seagant Provided Services. Each Defendant used Actions of Illegal And Unconstitutional Acts upon PlAintiff. Each Defendant Refused to Enforce lawful Proper Guidelines A D.O.C.S. Offical At C.F. on Nov 4th, 2022 Officer J. Thomas, And others Defendants put PlAintiff inside A very uncomfortable Position inside Eastern Infirmary without be Allowed to Address Need Medical treatment Attacks By Each Defendant Caused PlAintiff to suffer Physical Injures Such As.

A) Miltiple Scrapes-And-Cuts because of Assault!

B) 7-stitches to Cause Disfigurement to Right side of Nose! Bleeding From Head. PlAintiff was struck to the Head, Beaten, O.C. Pepper Sprayed Restraind, And Dragged with Face on Pavement By Each Defendant on Nov. 4th, 2022). Each Defendant Indeed Violated PlAintiffs Eighth-Amendment Rights to be Free From Forms of Cruel-And-Unusual-Punishment Acts of Egregious Abuse, Misconduct And Deliberate—

Mistreatment By Each Defendant. Each Defendant by law shall be held Liable For Acts of Assault, Battery, to Include Pain-And-Suffering And Mental Anguish Imposed on Nov 4th, 2022 By Each listed Defendants. Each Defendant Violated D.o.c.s. Policy-And-Procedures And did not take Appropriate Action Plaintiff Rights were Indeed Violated. All listed Defendants At All times were Employees At Eastern C.F. In the County of Sullivan. Each listed Defendants Actions Violated The Due Process And Civil Rights of Plaintiff. Each Action By listed Defendants were taken in Bad-Faith to cause damages of the Following:

(1) Pain-And-Suffeeing, Both Physical And Emotional Damages!

(2) loss of property, loss of Good time, loss of Health Condition. Wherefore, Plaintiff Prays this Court Grant Compensatory Damages in the Amount of ($300,000) And For Sustained Serious Physical Injuries, Plaintiff Suffered A Great Deal of Mental Anguish. Plaintiff is Entitled to (Punitive Damages) in the Sum of ($1-Million) And Any Further Relief this Court Deems Prope. Each Defendant is A Violent Character And Unsuitable to Continue in Duty As D.o.c.s. Officals of Employee.

Respectfully Submitted:
Stanley Hardee 13A0433