

January 15, 2026

*via ECF*
Judge Therese Wiley Dancks
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse, New York 13261

*Re:     Hardee v. Thomas*
*          Civil Case No.: 9:23-cv-01142*

Dear Judge Dancks:

I represent Defendant Jeffrey Thomas in the above-referenced matter. This is Defendant's first request for an extension of deadlines.

The current discovery deadline is January 30th. We are in need of additional time to obtain necessary discovery materials from the New York State Department of Corrections and Community Supervision (DOCCS). Plaintiff has not provided consent due to his incarceration.

Accordingly, Defendant respectfully requests that the Court extend the discovery deadline to March 30th and the dispositive motion deadline to May 29th.

Counsel is available for a conference at the Court's convenience should the Court deem one necessary.

Thank you for the Court's consideration.

Respectfully,
LAMARCHE SAFRANKO LAW PLLC

Lily G. Killar
lkillar@LSLawNY.com

LGK/aes

cc: *via USPS*
Stanley Hardee, 13-A-0433
Otisville Correctional Facility, Box 8
Otisville, NY 10963