

*Via ECF*

March 5, 2026

Magistrate Judge Carla B. Freedman
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse, New York 13261

*Re:    Hardee v. Thomas*
       *Civil Case No.: 9:23-cv-01142*

Dear Judge Freedman

As Your Honor is aware our office represents Jeffrey Thomas in the above-referenced matter.

The current discovery deadline for Defendant to respond to Plaintiff's demands is March 6, 2026. We are in need of additional time to obtain necessary discovery materials from the New York State Department of Corrections and Community Supervision (DOCCS), as well as have the Plaintiff's deposition scheduled.  While we are able to provide some discovery to Plaintiff, we have not received all necessary discovery materials requested to disclose to Plaintiff. Further, despite our efforts, we have also been unable to coordinate with Otisville Correctioanl Facility to schedule Plaintiff's deposition.

Accordingly, Defendant respectfully requests that the Court extend the discovery deadline to March 6th for Defendant to respond to Plaintiff's demands, and March 30th for the end date for disclosure to May 6th and May 30th, with an extension to the dispositive motion deadline to July 30th. We are hopeful that we will have received responses to our various requests by this new proposed deadline. We will continue to work diligently to comply with the discovery demands.

Counsel is available for a conference at the Court's convenience should the Court deem one necessary.

**2** | P a g e

March 5, 2026

Thank you for your attention to this matter.

Very truly yours,

LaMarche Safranko Law PLLC

*Lily Killar*

Lily G. Killar
LKillar@LSLawNY.com

LGK/mbl

Cc:    *via USPS*
       Stanley Hardee, 13-A-0433
       Otisville Correctional Facility, Box 8
       Otisville, NY 10963