

*Via ECF*

May 28, 2026

Magistrate Judge Carla B. Freedman
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse, New York 13261

Re:    *Hardee v. Thomas*
       *Civil Case No.: 9:23-cv-01142*

Dear Judge Freedman

As Your Honor is aware, our office represents defendant Jeffrey Thomas ("Defendant") in the above-referenced matter. The current discovery deadline for completion of discovery in this matter is May 29, 2026.  To date, Defendant has complied with all outstanding discovery obligations to Plaintiff.  However, counsel has not yet received responses from Plaintiff to Defendant's First Set of Interrogatories and Document Demands, which were served upon him on January 15, 2026. Additionally, Defendant is also seeking to depose the Plaintiff, and requires additional time to arrange such deposition with the facility where he is currently housed.

Accordingly, Defendant respectfully requests that the Court extend the end date for discovery to August 12th, with an extension to the dispositive motion deadline to October 14th. We intend to serve an additional copy of our discovery demands upon the Plaintiff, and will also continue our efforts to make arrangements for Plaintiff's deposition.

Thank you for your attention to this matter.

Very truly yours,

LaMarche Safranko Law PLLC

Joshua Friedman
JRF/jrf

**2** | P a g e

May 28, 2026

Cc:     *via USPS*
        Stanley Hardee, 13-A-0433
        Otisville Correctional Facility, Box 8
        Otisville, NY 10963