UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STANLEY HARDEE,

               Plaintiff,

               v.               **CERTIFICATE OF SERVICE**

JEFFREY THOMAS et al.,           **Case No. 9-23-cv-01142**

               Defendants.

I hereby certify that on May 28, 2026, I electronically filed the flowing documents with the Clerk of the Court using the CM/ECF system: Correspondence to Judge Freedman, and I hereby certify that my office has mailed, via the United States Postal Service, the above-mentioned documents to the following non-CM/ECF participants:

**Stanley Hardee**
13-A-0433
Otisville Correctional Facility
Box 8
Otisville, NY 10963

Dated: May 28, 2026

JOSHUA R. FRIEDMAN
LAMARCHE SAFRANKO LAW PLLC
Attorneys for Defendant Jeffrey Thomas
987 New Loudon Road
Cohoes, NY  12047