

*Via ECF*

July 10, 2026

Magistrate Judge Carla B. Freedman
Northern District of New York

Re:     *Hardee v. Thomas*
        *Civil Case No.: 9:23-cv-01142*

Dear Judge Freedman

As Your Honor is aware, our office represents defendant Jeffrey Thomas ("Defendant") in the above-referenced matter.  I am writing to advise the Court that, despite the Court's admonition to Plaintiff in the Court's May 28, 2026 text order, Plaintiff has still not provided responses to Defendant's First Set of Interrogatories and Document Demands, which were served upon him on January 15, 2026.

The end date for discovery in this matter is currently July 13, 2026.  Based upon Defendant's continued lack of response to Plaintiff's discovery demands, it is respectfully requested that the Court extend the end date for discovery by 30 days in order to allow Defendant to prepare and file a formal motion to compel and for appropriate sanctions.  With the Court's permission, Defendant anticipates filing such motion no later than July 17, 2026.

Thank you for your attention to this matter.

Very truly yours,

LaMarche Safranko Law PLLC

Joshua Friedman
JRF/jrf

Cc:     *via USPS*
        Stanley Hardee, 13-A-0433
        Otisville Correctional Facility, Box 8
        Otisville, NY 10963