IN the United States District Court
FOR The

DAte (7/15/26)

(MR. Stanley Hardee)
Plaintiff

V.

Defendant (J. Thomas)

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
JUL 2 0 2026
AT ___ O'CLOCK ___
John M. Domurad, Clerk - Syracuse

Motion FOR AN
ORder Compelling
Discovery
Civil Action
#9:23-CV-01142
(LEK-CBF)

Plaintiff Moves the Court FOR AN Order Compelling Defendants to Answer the Request of Discovery And Produce (Identification) of each Any every (Officers) Who was Subjected to the investigation FOR failing to give Suitable Attention to the Performance of his Duty:

Plaintiff Made (discovery-demands) seeking (Records) of Any Complaint Against the (Officers) and of Any (Disciplinary-Actions) oR (Investigation) brought against the Officers:

The information from the Defendant Counsel Sought is "Un-likely" to lead to the discovery of Admissible Evidence And in No way Related to Any (factual-oR-legal Matter At issue:

Plaintiff objected to Production of discovery of the Material Sought in Request FOR overly broad and not Reasonably calculated to the discovery of Admissible Evidence:

The Defendants Privacy interests "should be especially limited in view of the Role played by the Officers As A (Public Servant who must be accountable to Public Review:

Plaintiff submitted A Written Request For the Documents that Were not Produced, Pursuant to (Rule 37 (A) of the Federal Rules of Civil Procedures:

Date: (7/15/26)

Sign: Mr. Stanley Hardee #13A0433

**OTISVILLE CORRECTIONAL FACILITY**
P.O. BOX 8
OTISVILLE, NEW YORK 10963

NAME: Stanley Hardee DIN: 13A0433

WESTCHESTER NY 105
16 JUL 2026 PM 2 L
Otisville
Correctional Facility

NEOPOST
FIRST-CLASS MAIL
IMI
07/15/2026
US POSTAGE $000.78⁰
ZIP 10963
041M11459157

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JUL 2 0 2026
RECEIVED

To: Magistrate Judge Carla B. Freedman
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse, New York 13261

(Legal-Mail)

13261-736767